United States District Court
Southern District of Texas
**ENTERED**
October 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HANS TRUELSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-26-6962 |
| | § | |
| MATTHEW FERGUSON, | § | |
| | § | |
| *Defendant*. | § | |

## **MEMORANDUM OPINION AND ORDER**

Plaintiff Hans Truelson is a former inmate at the Harris County Jail. On August 21, 2026, he filed what appears to be a civil-rights complaint under 42 U.S.C. § 1983 against one Matthew Ferguson. (Dkt. 1). He also filed a motion for leave to proceed *in forma pauperis*. (Dkt. 2). On August 24, 2026, the Court struck the complaint because it did not contain sufficient information for the Court to either identify the defendant or determine whether federal jurisdiction exists. (Dkt. 4). The Court also denied the motion to proceed *in forma pauperis* because Truelson did not answer questions 5, 6, or 8. (*Id.*). The Court granted Truelson thirty days in which to file an amended complaint and a properly completed motion to proceed *in forma pauperis*. (*Id.* at 2). The Court provided Truelson with the necessary forms for his use and warned him that failing to comply within the time allowed would result in

dismissal of this action without further notice under Federal Rule of Civil Procedure 41(b). (*Id.*).

Truelson has failed to file either an amended complaint or a properly completed motion to proceed *in forma pauperis*, and his time to do so has now expired. His failure to pursue this action forces the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, the Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Accordingly, the Court **ORDERS** as follows:

1. Truelson's civil-rights action, (Dkt. 1), is **DISMISSED without prejudice** for want of prosecution.

2. Any pending motions are **DENIED as moot**.

3. Truelson is advised that upon a showing of good cause for failing to comply with the Court's August 24 Order, relief from this Order may be granted under Federal Rule of Civil Procedure 60(b). Any motion under Rule 60(b) must be accompanied by an amended complaint that complies with the Rules of Civil Procedure and either payment of the $405 filing fee or a fully and properly completed motion to proceed *in forma pauperis*.

The Clerk will provide a copy of this Order to the plaintiff.

SIGNED at Houston, Texas on Oct 9, 2026.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE